\
**Foreign Travel**

May 25, 2012

Dear Curtis Jennings:

This letter confirms our mutual understanding of the circumstances applying to your voluntary deployment assignment to Afghanistan or Kuwait on the C4ISR Systems Operations, Installation, Logistics, Maintenance, and Related Sustainment Support Contract. Under the terms of this assignment, you are subject to, and must comply with, all applicable rules, regulations, and directives of CSC, our client and the US military. If CSC is the prime or subcontractor under a Department of Defense agency contract we must inform you that:

> Personnel who are not a host country national, or who are not ordinarily resident in the host country, that—
> (i) Such employees, and dependents residing with such employees, who engage in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, may potentially be subject to the criminal jurisdiction of the United States in accordance with the Military Extraterritorial Jurisdiction Act of 2000 (18 U.S.C. 3621, *et seq.*);
> (ii) Pursuant to the War Crimes Act (18 U.S.C. 2441), Federal criminal jurisdiction also extends to conduct that is determined to constitute a war crime when committed by a civilian national of the United States;
> (iii) Other laws may provide for prosecution of U.S. nationals who commit offenses on the premises of U.S. diplomatic, consular, military or other U.S. Government missions outside the United States (18 U.S.C. 7(9)); and
> (iv) In time of declared war or a contingency operation, Contractor personnel authorized to accompany U.S. Armed Forces in the field are subject to the jurisdiction of the Uniform Code of Military Justice under 10 U.S.C. 802(a)(10).

If you are supporting a civilian agency, you may not be potentially subject to the Military Extraterritorial Jurisdiction Act of 2000 (18 U.S.C. 3621, *et seq.*) or to the Uniform Code of Military Justice, but other U.S. laws may apply as well as host country laws. It is CSC's expectation that you will conduct yourself in accordance with applicable laws at all times.

Human trafficking is a particularly serious problem overseas. Thus we emphasize:

> The United States Government and CSC have adopted a zero tolerance policy regarding trafficking in persons. No CSC employee shall—
> (1) Engage in severe forms of trafficking in persons during the period of performance of the contract;
> (2) Procure commercial sex acts during the period of performance of the contract; or
> (3) Use forced labor in the performance of the contract.
> Actions that will be taken against employees for violations of this policy may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment.

There may be times that you are on your own during this assignment, directly interacting with client representatives and other government representatives. We expect you to conduct yourself with integrity, honesty and respectfully in accordance with CSC's standards of conduct. There may be times when a client or other government representative asks you to undertake tasks outside your normal duties. Unless you are sure this request is within the scope of the task or contract and it will have no material effect on performance of your normal duties, you should seek the advice of your manager before disrupting your normal work. However, there may be emergency situations where a government employee, particularly a military commander, asks you to

perform outside your normal duties and there is no time to check with your manager. If you are in such an emergency situation, you should use your best judgment but generally perform pursuant to the request unless it is unreasonably dangerous to you or others or is criminal. At the first opportunity you should report the incident to your manager, in writing if practical, and ask for instructions.

You should also be aware that even after normal working hours, when you are deployed or traveling, particularly outside the United States, your conduct can reflect on CSC and sometimes the United States government. You should conduct yourself accordingly and with sensitivity to the cultural norms of the area.

This assignment requires you to obtain and maintain a United States passport, and foreign government clearance, as required. You must successfully pass a medical screening examination pursuant to stipulated DoD or other government requirements and standards. You may be required to be immunized in preparation for deployment, with specific immunizations dependent upon your deployment location. This assignment also requires you to obtain a dental pantograph, and provide personal samples for DNA analysis and documentation prior to your deployment. Your personal DNA samples will be provided directly to a third party medical organization that will conduct the DNA analysis and maintain your DNA records. Your signature below serves as your authorization for third party medical and dental organizations to release your medical, dental or DNA records directly to the US government, if required. CSC will reimburse you for any cost you incur in connection with required medical screening procedures, dental screening procedures, and DNA analysis.

This assignment may involve field deployment with US military forces to war zones and other dangerous duty areas. You acknowledge the risks in such areas and will assess for yourself the need for additional insurance and other coverages. **CSC strongly encourages you to get advice on adjustments to your personal insurance in recognition of the place to which you are traveling.**

All Government property and/or materials issued to you must be returned to the issuing party upon completion of this assignment, as appropriate.

You may be required to undergo training (conducted by the US military) on the use of chemical/biological defensive equipment, and on the operation of military owned or leased equipment. You may be issued chemical/biological defensive equipment by the US military for your use.

Unless specifically approved in writing by CSC, you are not allowed to carry your own, or to be issued firearms as part of your normal duties. Refer to policy NPS PO 570 for additional information.

While on this assignment you are still an at-will employee. But be aware that replacing you in this location will likely be much more difficult than in your normal job so CSC expects that you are committed to performing this assignment despite adversity. Also recognize that in the event that the Government issues a non-mandatory evacuation order, you will be expected to continue performance of your duties.

The nature of your deployment does not excuse you from your obligation to be knowledgeable of and to comply with all applicable CSC Policy requirements.

**Point of Origin:**          Your point of origin is SWA.

**Assignment Period:**        Your anticipated assignment period is 365 days, commencing with the date on which you are called to report to your initial duty assignment. This period can be either extended or terminated early at CSC's discretion, in accordance with client request and approval.

**Assignment Travel:**        All assignment-related travel, if not provided by the client or the Government, will be provided by or through CSC.
                              In the event you are terminated for cause, prior to completing the initial period of this assignment, you will forfeit your repatriation entitlements. Additionally, you are required to reimburse CSC for all expenses CSC paid related to your

relocation, including, but not limited to: assignment travel and temporary living expenses.

**Temporary Living Allowance:** It is expected that you will reside with the US military during this assignment, and all lodging and meals will therefore be provided by the US military. As such, there is no per diem associated with this assignment. If lodging and meals are not provided by the military, then they will be covered in accordance with standard CSC travel policy.

**Shipment of Personal Effects:** Your manager will advise you regarding the type and quantity of personal effects that are authorized for this assignment. Either CSC or the US military will provide shipment of personal effects.

**Passports/Visas:** CSC will reimburse you for costs associated with acquisition of a passport, international driver's license, and any necessary visa or foreign clearance. You must obtain all necessary documentation required for the country(s) of assignment or you are not eligible for the assignment.

**Time Entry:** You are required to adhere to CSC timekeeping policy and procedures as outlined in CSC NPS Policy 711. You must record your time daily using CSC's electronic-Time Entry System (e-TES) unless management has approved an alternative method. Your e-TES entries are a personal certification that you worked the hours shown and that you worked on the corresponding work order during that workweek.

**Expense Reports:** You should track all business-related expenses. Eligible expenses will be reimbursed. Expense forms will need to be completed. You should determine a company Point Of Contact (POC) for CSC Expense prior to departure. Your manager will determine the most effective process for tracking and submitting business-related expenses.

## COMPENSATION

**Base Pay:** Your base weekly salary effective 02 June 2012 will be $ 1,365.38.
You will be eligible for salary reviews in accordance with standard CSC policies.

**Hardship Pay:** Hardship differential is designed to provide additional compensation to employees for service in foreign areas where conditions of environment differ substantially from conditions of environment in the continental United States. Your manager will have discretion to determine when hardship differential is applicable. This is paid as a percentage of your base weekly salary and is not to exceed current Department of State (DoS) Hardship Differential Rates.

**Danger Pay:** If you are assigned to an OCONUS location that is designated by the Department of State (DoS) as eligible for Danger Pay, you will receive a differential percentage as defined by the DoS. This is paid as a percentage of your base weekly salary and is not to exceed current Department of State Danger Pay Rates. This allowance may need to be provided retroactively in the event that your assignment location is classified.

| | |
|---|---|
| **Bonus:** | While deployed in SWA on this contract you will receive a bonus in the amount of $12,000. This bonus will be paid to you at the completion of a full year in SWA, and will be pro-rated for less than a full year |
| **Taxes:** | You are responsible for paying all personal US federal, state and local taxes resulting from this assignment. CSC is not liable for any US taxes other than mandatory employer-related taxes. Your base salary and all other compensation (differentials, special pays, etc.) are taxable income. |
| **Tax Preparation:** | If foreign taxes are applicable to your assignment, CSC will pay for and coordinate the US and foreign tax return preparation for the filing years of your assignment. |

## BENEFITS

| | |
|---|---|
| **Life Insurance:** | You will continue to be covered, at company expense, by CSC's standard, basic coverage equal to one times your Base Annual Earnings (BAE). Your enrollment (if applicable) in the optional, supplemental life insurance (equal to one, two, three, four, or five times your basic coverage), will also continue. Details regarding CSC's standard life insurance coverage are found in the current CSC Employee Benefits Guidebook and any Summary of Material Modifications (SMM). |
| **AD&D Insurance:** | You will continue to be covered, at company expense, by CSC's standard, basic accidental death & dismemberment (AD&D) coverage equal to one times your Base Annual Earnings (BAE). Your enrollment (if applicable) in the optional, supplemental AD&D coverage (equal to one, two, three, four, or five times your basic coverage), will also continue. |
| | AD&D benefits are payable for accidental death, dismemberment, or paralysis losses including accidents related to war or an act of war (except in the United States and the District of Columbia), terrorism, nuclear incident, or exposure to chemicals, and while riding as a passenger in named CSC aircraft. However, AD&D benefits are *not payable* for any illness, disease, or medical or surgical treatment thereof, with the exception of accidental ingestion of contaminated foods. |
| | Benefits are additionally *not payable* for losses due to riding as a pilot, student pilot, or crew member in any military or civil aircraft. |
| | Please consult the current CSC Employee Benefits Guidebook and any Summary of Material Modifications (SMM) for details regarding AD&D coverage and exclusions. |
| **STD/LTD Insurance:** | CSC's standard short and/or long-term disability (STD/LTD) insurance coverage excludes disabilities that result from an act of war, declared or undeclared. Due to these standard exclusions, disabilities resulting from specific involvement in US military operations could be excluded from coverage. |
| **Travel Accident Insurance:** | You will be covered at CSC expense with up to 3x's your Base Annual Earnings (BAE) of Business Travel Accident (BTA) insurance, with a benefit maximum of $500,000 per person, which will be in effect 24/7 for the first 180 days from the date of your initial travel in connection with this assignment. |

Beginning the 181st day of your assignment, your deployment/assignment location becomes your regular place of work and standard BTA coverage applies. Standard BTA refers to local or long distance business travel, provided that such travel is to or from a point or points located away from the location of your regular assignment. The total amount of benefit could be reduced because of the $15,000,000 aggregate benefit limit for all covered persons involved in any single catastrophic event. Details regarding CSC's business travel accident coverage are found in the current CSC Employee Benefits Guidebook and any Summary of Material Modifications (SMM), except as noted in the paragraph immediately below.

In addition to the standard coverage described in the current CSC Employee Benefits Guidebook, you will also be covered while riding as a passenger on named CSC aircraft and on any military or civil aircraft being used in support of your deployment/contract specifications.

BTA benefits are payable for accidental death, dismemberment, or paralysis losses including accidents related to war or an act of war (except in the United States and the District of Columbia), terrorism, nuclear incident, or exposure to chemicals, and while riding as a passenger in named CSC aircraft. However, BTA benefits are *not payable* for any illness, disease, or medical or surgical treatment thereof, with the exception of accidental ingestion of contaminated foods.

**Workers Compensation:** You will be covered by workers compensation insurance as applicable under the Defense Base Act (42.U.S.C. 1651, et seq). The Defense Base Act provides disability and medical benefits to covered employees injured in the course of employment and provides death benefits to eligible survivors of employees killed in the course of employment. It also covers the following employment activities:

- Working for private employers on U.S. military bases or on any lands used by the U.S. for military purposes outside of the United States, including those in U.S. Territories and possessions;
- Working on public work contracts with any U.S. government agency, including construction and service contracts in connection with national defense or with war activities outside the United States;
- Working on contracts approved and funded by the U.S. under the Foreign Assistance Act, generally providing for cash sale of military equipment, materials, and services to its allies, if the contract is performed outside of the United States;
- Working for American employers providing welfare or similar services outside of the United States for the benefit of the Armed Forces, e.g. the USO

U.S. Workers' Compensation insurance provides disability, medical benefits and death benefits to U.S. employees while on temporary assignment outside the U.S., in accordance with the laws of the U.S. state of employment

**Personal Insurance:** You may be traveling and/or living/working in a declared or undeclared war-risk zone in connection with this assignment. Personal insurance policies are your responsibility. You are encouraged to review the applicability of your personal policies with your insurance company prior to accepting this

assignment and make any needed adjustments after consultation with your insurance advisor. This is particularly important if you are transitioning from military service where your insurance and medical needs were largely covered by the Service.

**Health Insurance:** In order to better serve the U.S. Expatriate population who are subject to different healthcare systems around the world, CSC U.S. Expatriates (and their families) are offered Medical/Prescription Drug and Dental coverage through CIGNA International Expatriate Benefits (CIEB). Vision coverage is available through Vision Service Plan (VSP). **CSC defines an expatriate as those employees who relocate to other countries on assignment for a period of greater than 90 days. You must complete a benefits enrollment form to enroll in CIEB coverage. This coverage is the only medical plan offered to CSC US Expatriates.**

If you have any questions about your CIEB benefits, please contact CIEB Customer Service at 1.800.441.2668 (if dialing internationally, use that country's AT&T access code found on the enclosed AT&T card) or 302.797.3100 (collect calls accepted). Please note, before the effective date of your coverage with CIGNA International, CIGNA will only be able to answer general questions about CIGNA benefits.

**Emergency Return:** Leave for an emergency return to point of origin or other location is subject to explicit authorization by the Government as well as CSC. Travel expenses for emergency leave are not authorized.

**401(k)/MAP:** If available to you, you can access the Matched Asset Plan Information Line by calling (1-877-627-4015) or logging onto the MAP Web Site (http://www.resources.hewitt.com/csc) prior to your departure, or while on assignment.

**Vacations/Holidays:** On or about the six month mark in SWA, up to 10 business days of mid-tour vacation is authorized. Leave does not start until the day after arrival at your leave destination. Leave ends the day before travel begins to return to SWA. The employee shall use available accrued leave, after which leave without pay will be used. The Government will reimburse up to $1250 per round-trip ticket on a commercial airline. All other expenses incurred are to be paid by the employee; no per diem, special pays or travel expenses are authorized for this leave.

If your vacation accrual cap is met prior to your return, any accrual lost during the assignment will be added to your accrual balance upon return. Vacation accruals above the maximum limit must be taken within 6 months from assignment completion; otherwise, vacation accrual will cease until the balance drops below the maximum. Missed holidays must also be taken within 6 months from assignment completion.

Your signature below represents that you have read, understand, and agree to the provisions of this assignment and take full responsibility for adjusting your insurance and other matters as you deem fit. Furthermore, you understand that this is a voluntary assignment and that CSC cannot control your work environment and therefore cannot assure your personal safety while on this assignment.

Employee Signature _____ Date 5-28-12

Manager Signature _____ Date _____

Human Resources  Bonita F. Moore  Date _____